**Order entered November 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00647-CV

## IN THE INTEREST OF M.L.R., A CHILD

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-51554-2013

## ORDER
Before Justices Lang-Miers, Fillmore, and Schenck

The Court has before it appellant's "Emergency Motion for Protective Order or Motion to Abate Appeal and Remand to Trial Court for Emergency Hearing." This Court has no jurisdiction to enter a protective order. *See* TEX. FAMILY CODE ANN. § 71.002 (West 2014) (definition of "court"). Moreover, an application for protective order filed after a final order has been rendered in a suit for dissolution of marriage or suit affecting the parent-child relationship must be filed in the county in which the final order was rendered and in the court that rendered the final order. *See* TEX. FAMILY CODE ANN. § 82.007 (application filed for child subject to continuing jurisdiction), § 85.063 (West 2014) (application filed after final order entered in suit for dissolution of marriage or suit affecting parent-child relationship).

Accordingly, we **DENY** appellant's "Emergency Motion for Protective Order or Motion to Abate Appeal and Remand to Trial Court for Emergency Hearing."

/s/     ROBERT M. FILLMORE
            JUSTICE